IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD TYRONE RIDLEY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-229 (MTT) |
| TARRA JACKSON, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Plaintiff Edward Tyrone Ridley's motion to proceed *in forma pauperis* and dismissing his claims without prejudice. Doc. 7. As the Recommendation outlines, Ridley has incurred at least three strikes under 28 U.S.C. § 1915(g), and he is not under imminent danger of serious physical injury. *Id*. at 1-7.

During the objection period, Ridley filed an amended complaint (Doc. 10) and later a motion to amend (Doc. 13). Leave to amend should be "freely give[n] … when justice so requires." Fed. R. Civ. P. 15(a)(2). The Court "need not, however, allow an amendment … where amendment would be futile." *Bryant v. Dupree*, 252 F.3d 1161, 1163 (11th Cir. 2001) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). "[D]enial of leave to amend is justified by futility when the complaint as amended is still subject to dismissal." *Hall v. United Ins. Co. of Am.*, 367 F.3d 1255, 1263 (11th Cir. 2004) (internal quotation marks and citation omitted). Ridley's amended complaint recounts

-2-

the same allegations provided in his original complaint.  Therefore, Ridley's motion to amend (Doc. 13) is **DENIED** as futile.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 7) is **ADOPTED** and made the Order of the Court.  Accordingly, Ridley's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED** and his complaint is **DISMISSED** without prejudice.  Furthermore, Ridley's motion for extension of time (Doc. 11) is **DENIED** as moot.

**SO ORDERED**, this 12th day of October, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
